UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 4:24-CR-003-3 |
| DIEGO ROBBINS. ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for July 31st – August 12th, 2024 for personal leave, August 22-23, 2024, for CLE, September 26 -27, 2024, for CLE, October 25th, 2024, for personal leave, November 7-8, 2024, for CLE, November 25 -27, 2024, for personal leave, December 11-13, 2024, for personal leave, December 16 -17, 2024, for personal leave and December 23 -27, 2024 for personal leave. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 11th day of July, 2024.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia